**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1360**

---

GWENDOLYN THORPE,

Plaintiff - Appellant,

v.

VIRGINIA BEACH CITY SCHOOL BOARD,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:24-cv-00231-MSD-LRL)

---

Submitted:  August 21, 2025                          Decided:  August 25, 2025

---

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gwendolyn Thorpe, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gwendolyn Thorpe appeals the district court's order dismissing her civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thorpe v. Va. Beach City Sch. Bd.*, No. 2:24-cv-00231-MSD-LRL (E.D. Va. Mar. 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*